# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16cr1448 WQH |
| Plaintiff, | ORDER OF CRIMINAL CONTEMPT PROCEEDINGS pursuant to Fed. R. Crim P. 42 and 18 U.S.C. § 401(1) |
| vs. | |
| WILLIE JONES JR., | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the notice to Defendant Willie Jones Jr. To show cause why he should not be held in criminal contempt proceedings pursuant to Rule 42 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 401(1).

Pursuant to Rule 42(1), Defendant is notified of this order to show cause why he should not be held in criminal contempt pursuant to Rule 42 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 401(1) for repeated obscenities, and offensive and abusive remarks directed at the trial judge during his trial on November 7, 2017 and November 8, 2017.

Under 18 U.S.C. § 401(1) which provides in relevant part: "A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as – (1) Misbehavior of any person in its presence or so near thereto as to obstruct the administration of justice. . . . "

In this case, Defendant was charged by indictment with a violation of 8 U.S.C. §1324. This Court held a trial on November 7, 2017 and November 8, 2017. On multiple and repeated occasions during the trial, Defendant in open court directed obscenities, and offensive and abusive remarks directed at this District Court Judge. Defendant was repeatedly warned by this District Court Judge that he could not persist in this behavior, and that this behavior and could result his removal from the courtroom and contempt proceedings against him. Defendant persisted in his obscenities, and offensive and abusive remarks directed at this District Court Judge. Defendant escalated his outbursts of obscenities offensive and abusive remarks throughout the proceedings causing a delay in the proceedings. In addition, these outbursts of obscenities were offensive, abusive and unnecessary. The essential facts of Defendant's behavior, including the specific utterances are contained in the trial transcripts on this docket at ECF No. 141 and ECF No. 142. Specifically,

**ECF No. 141 at pages 23-26**

**ECF No.  141at pages 143-145**

**ECF No. 142 at page 16**

**ECF No. 142 at page 79- 80.**

IT IS HEREBY ORDERED that:

1) Pursuant to Rule 42(1), Defendant is notified of this criminal contempt proceedings pursuant to Rule 42 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 401(1) for repeated obscenities, and offensive and abusive remarks directed at the trial judge during his trial on November 7, 2017 and November 8, 2017;

2) Pursuant to Rule 42(2), the Court appoints the United States Attorney Adam Braverman and his designated Assistant United States Attorney to prosecute the contempt;

3) Pursuant to Rule 42(3), the Clerk of the Court for the Southern District of California has assigned this case for contempt proceedings, including the appointment of counsel and trial or hearing as follows: 18 CR 867-JM. A first appearance shall be

set forthwith for appointment of counsel. The trial will be set at such time as will allow defendant a reasonable time to prepare a defense.

4) The Clerk of the Court shall serve a copy of this Order on the Defendant and a copy of ECF No. 141 and ECF No. 142 at the MCC 808 Union Street; San Diego, CA. 92101 marked LEGAL MAIL.

DATED: February 15, 2018

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge